Nicholas R. Kloeppel, CBN 186165
THE MITCHELL LAW FIRM, LLP
P.O. Drawer 1008
426 FIRST STREET
EUREKA, CALIFORNIA 95501
Telephone: (707) 443-5643
Email: NKloeppel@mitchelllawfirm.com

Attorneys for Defendant
COUNTY OF HUMBOLDT and
RYAN CAMPADONIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DARRIN DICKSON, | Case No. 1:24-cv-07573 |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| vs. | |
| COUNTY OF HUMBOLDT; RYAN CAMPADONIA; and DOES 1 through 40 inclusive, | |
| Defendants. | |

Pursuant to Local Rules 6-1(b), 6-2(a), 7-12, and 16-2(e), Defendant COUNTY OF HUMBOLDT and RYAN CAMPADONIA ("County"), by and through their counsel of record, The Mitchell Law Firm, LLP, by Nicholas R. Kloeppel, and plaintiff DARRIN DICKSON ("Plaintiff"), by and through his counsel for record, Law Offices of Benjamin Mainzer, A.P.C., by Benjamin Mainzer who hereby stipulate and agree as follows:

WHEREAS, a comprehensive Release has been executed by Plaintiff and Defendants;

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

1

STIPULATION FOR DISMISSAL AND ORDER THEREON,
Case No. 1:24-cv-07573

1    WHEREAS, the Release provides for a dismissal of this entire action with
2 prejudice of all claims and causes of action set forth in the operative Complaint within
3 ten (10) days of receipt of the settlement draft; and
4    WHEREAS, defendant confirms the settlement draft has been released to
5 plaintiff's attorney per the terms of the Release;
6    NOW, THEREFORE, IT IS HEREBY STIPULATED pursuant to Rule
7 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the Parties
8 through their respective counsel, that this entire action, including all claims asserted
9 against the defendant be dismissed with prejudice effective immediately.
10    IT IS SO STIPULATED AND AGREED.
11 DATED: __12/02/2024__          LAW OFFICES OF BENJAMIN MAINZER, A.P.C.
12
                                  By: /s/ Benjamin Mainzer
13                                    Benjamin Mainzer
                                      Attorneys for Plaintiff
14
15 DATED: __12/02/2024__          THE MITCHELL LAW FIRM, LLP
16                                By: /s/ Nicholas R. Kloeppel
                                      Nicholas R. Kloeppel
17                                    Attorneys for County of Humboldt and Ryan
                                      Campadonia
18
19              **SIGNATURE ATTESTATION**
20    Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the
21 concurrence in the filing of this document from all of the signatories for whom a
22 signature is indicated by a "/s/" signature within this e-filed document and I have on file
23 confirmation of this concurrence for subjection production for the court if so ordered.
24 DATED: __12/02/2024__          THE MITCHELL LAW FIRM, LLP
25
                                  By:  /s/ Nicholas R. Kloeppel
26                                     Attorneys for Defendants

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATION FOR DISMISSAL AND ORDER THEREON,
Case No. 1:24-cv-07573

## ORDER

Pursuant to the Parties' Stipulation, and good cause appearing, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Robert M. Illman
UNITED STATES DISTRICT
MAGISTRATE JUDGE

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502